IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02099-WYD-MEH

KARA HUGHES,

Plaintiff,

v.

TITAN TECHNOLOGY PARTNERS, LTD.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2009.**

     Defendant's Unopposed Motion to Vacate Settlement Conference [filed February 12, 2009; docket #15] is **granted**. The Settlement Conference set in this matter for February 23, 2009, at 8 a.m. is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **February 19, 2009** to reschedule a settlement conference date.