IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02099-WYD-MEH

KARA HUGHES,

Plaintiff,

v.

TITAN TECHNOLOGY PARTNERS, LTD.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2009.**

      Defendant's Motion to Amend Answer [filed April 10, 2009; docket #19] is **granted**. Although Defendant's Motion indicates Plaintiff opposes the relief requested, Plaintiff has not responded; thus, the Court construes Defendant's Motion as unopposed. Accordingly, pursuant to Fed. R. Civ. P. 15(a)'s mandate that "the court should freely give leave when justice so requires," the Clerk of Court is directed to enter Defendant's First Amended Answer located at docket #19-2.