IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  08-cv-02099-WYD-MEH | Date:   June 30, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

KARA HUGHES,

      Plaintiff,

vs.

TITAN TECHNOLOGY PARTNERS, LIMITED,

      Defendant.

Elwyn F. Schaefer
Tatiana Taylor

Jordan Lee Lipp

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**   **10:29 a.m.**

Court calls case.  Appearances of counsel.  Also present:  Robert Kelso.

Argument and discussion regarding Plaintiff's Motion to Amend Scheduling Order to Extend Discovery Deadline (Doc. #24, filed 5/11/09); Plaintiff's Motion to Produce Electronically Stored Information and Request for Expert Forensic Analysis or *In Camera* Review (Doc. #26, filed 5/11/09); Defendant's Motion for Protective Order to Preclude the Deposition of Michael Vadini (Doc. #28, filed 5/15/09); and Plaintiff's Motion to Compel Answers to Fed.R.Civ.P. 30(b)(6) Depositions, or in the Alternative, to Compel Another 30(b)(6) Deposition Testimony (Doc. #39, filed 6/24/09).

**ORDERED:**   1.   Plaintiff's Motion to Amend Scheduling Order to Extend Discovery Deadline (Doc. #24, filed 5/11/09) is GRANTED to the limited extent that in part and DENIED in part stated on the record.  Counsel are directed to file a Joint Status Report, stating when the deposition of Michael Vadini will occur and when electronic information will be produced, by **July 6, 2009.**

              2.   Plaintiff's Motion to Produce Electronically Stored Information and Request for Expert Forensic Analysis or *In Camera* Review (Doc. #26, filed 5/11/09) is GRANTED in part and DENIED in part as stated on the record.

      3.      Defendant's Motion for Protective Order to Preclude the Deposition of Michael Vadini (Doc. #28, filed 5/15/09) is GRANTED in part and DENIED in part. The Court will allow a one (1) hour deposition of Michael Vadini to be taken. The Court will enter an appropriate Protective Order.

      4.      Plaintiff's Motion to Compel Answers to Fed.R.Civ.P. 30(b)(6) Depositions, or in the Alternative, to Compel Another 30(b)(6) Deposition Testimony (Doc. #39, filed 6/24/09) is GRANTED in part and DENIED in part as stated on the record. Defendant shall provide a list of employees hired and fired for the time period of December 2007 through May 2008.

      5.      Counsel shall submit a proposed Protective Order by **July 6, 2009.**

The Court states that Mr. Lipp does not have to file a written response to Plaintiff's Motion to Compel Answers to Fed.R.Civ.P. 30(b)(6) Depositions, or in the Alternative, to Compel Another 30(b)(6) Deposition Testimony (Doc. #39, filed 6/24/09), since the Court heard oral argument on the motion today.

**Court in recess:**      **11:21 a.m.** **(Hearing concluded)**
**Total time in court:** 0:52