IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02099-WYD-MEH

KARA HUGHES,

Plaintiff,

v.

TITAN TECHNOLOGY PARTNERS, LTD.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2009.**

Defendant's Unopposed Motion for Entry of Stipulated Protective Order [filed July 8, 2009; docket #48] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.

In light of the Joint Status Report [filed July 8, 2009; docket #49], the Court extends the discovery deadline up to and including **August 10, 2009**, for the purposes of deposing Mr. Vadini and discovering the laptop images as discussed. All other dates and deadlines in this matter remain the same.