IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02099-WYD-MEH

KARA HUGHES,

Plaintiff,

v.

TITAN TECHNOLOGY PARTNERS, LTD.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2009.**

     Plaintiff's Motion to Modify Proposed Final Pretrial Order [filed August 7, 2009; docket #61] is **granted**. The parties shall file an Amended Proposed Final Pretrial Order on or before Monday, **August 10, 2009, at 1:00 p.m.**