IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02099-WYD-MEH

KARA HUGHES,

Plaintiff,

v.

TITAN TECHNOLOGY PARTNERS, LTD.,

Defendant.

## ORDER ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Defendant Titan Technology Partners, Limited's Motion for Protective Order [filed August 28, 2009; docket #74]. In the conclusion of the Motion, Defendant offers three requests to the Court: one, declare that the deposition of Michael Vadini is governed by the Stipulated Protective Order already entered in this matter; two, order that exhibit eleven of Mr. Vadini's deposition and the recording of the deposition are subject to the Stipulated Protective Order; or three, impose certain restrictions and limitations on the recording of Mr. Vadini's deposition.

In response, Plaintiff accepts the second request for relief described by Defendant without objection. (Docket #79 at 1.) Accordingly, the Court **ORDERS** that deposition exhibit eleven and the audiovisual recording of Mr. Vadini's deposition are subject to and covered by the terms of the Stipulated Protective Order [filed July 9, 2009; docket #52].

The Court **GRANTS** Defendant Titan Technology Partners, Limited's Motion for Protective Order [filed August 28, 2009; docket #74] to the extent stated herein.

Dated at Denver, Colorado, this 3rd day of September, 2009.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge